IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| GRETCHEN J. BILLINGS, | ) ) ) | |
| Petitioner, | ) ) | Case No. CV 08-518-N-CWD |
| v. | ) ) ) | **JUDGMENT** |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.

DATED: March 23, 2010

Honorable Candy W. Dale
Chief United States Magistrate Judge