IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| GRETCHEN J. BILLINGS,<br><br>        Petitioner,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Respondent. | Case No. CV 08-518-N-CWD<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.



DATED: March 23, 2010

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge

**JUDGMENT - Page 1**